B6F (Official Form 6F) (12/07)

In re  **East West Mortgage Co.** , Case No. __08-11058__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> 1st Mariner Bank <br> c/o Price O. Gielen, Esq. <br> One South St., 27th Floor <br> Baltimore, MD 21202 | | - | | | | | 5,000,000.00 |
| Account No. <br><br> 1st Mariner Bank <br> c/o Price O. Gielen, Esq. <br> One South St., 27th Floor <br> Baltimore, MD 21202 | | - | | | | | 10,000,000.00 |
| Account No. <br><br> AllRegs <br> 2975 Lone Oak Dr. <br> Suite 140 <br> Saint Paul, MN 55121-2094 | | - | | | | | 545.00 |
| Account No. <br><br> AmTrust Bank <br> PO Box 93805 <br> Cleveland, OH 44101-5805 | | - | | | | | 2,794.40 |
| __10__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 15,003,339.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **East West Mortgage Co.**  ,    Case No. __08-11058__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8-2234912-0 <br><br> **Bank of America** <br> **305 W. Big Beaver** <br> **Suite 400** <br> **Troy, MI 48084** | | - | | | | | 3,238.50 |
| Account No. <br><br> **Billing Solutions, Inc.** <br> **PO Box 1136** <br> **Glenview, IL 60025** | | - | | | | | 485.00 |
| Account No. <br><br> **Brandywine Realty Trust** <br> **PO Box 75592** <br> **Baltimore, MD 21275-5592** | | - | | | | | 2,078.07 |
| Account No. <br><br> **BWC state insurance fund** <br> **Corporate procedding Dept.** <br> **Columbus, OH 43271-0977** | | - | | | | | 375.73 |
| Account No. <br><br> **Chevy Chase Bank** <br> **PO Box 1296** <br> **Laurel, MD 20707** | | - | | | | | 163.70 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,341.00

B6F (Official Form 6F) (12/07) - Cont.

In re **East West Mortgage Co.**, Debtor

Case No. **08-11058**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Cofface Collections North Amer <br> PO Box 8510 <br> Metairie, LA 70011-8510 | | - | | | | | 350.00 |
| Account No. <br><br> Comptroller of MD <br> Revenue Administration Divisio <br> Annapolis, MD 21411 | | - | | | | | 1,229.47 |
| Account No. <br><br> Councilor, Buchanan & Mitchel <br> 7910 Woodmont Ave. <br> Suite 500 <br> Bethesda, MD 20814 | | - | | | | | 8,125.00 |
| Account No. <br><br> County of Fairfax <br> PO Box 10202 <br> Fairfax, VA 22035-0202 | | - | | | | | 5,612.71 |
| Account No. <br><br> CSC <br> 1013 Lucerne Avenue <br> Suite 201 <br> Lake Worth, FL 33460 | | - | | | | | 100.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 15,417.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **East West Mortgage Co.** , Case No. **08-11058**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CSC<br>2711 Centreville Rd.<br>Wilmington, DE 19808 | - | | | | | | 11,536.00 |
| Account No.<br><br>CSC Delaware<br>2711 Centreville Rd.<br>Suite 400<br>Wilmington, DE 19808 | - | | | | | | 60.00 |
| Account No.<br><br>Doug Bui<br>1180 Old Tolson Mill Road<br>Mc Lean, VA 22102 | - | | | | | | 137,124.34 |
| Account No.<br><br>Emigrant Mortgage Company<br>7 Westchester Plaza<br>Elmsford, NY 10523 | - | | | | | | 1,056.25 |
| Account No.<br><br>Equifax<br>PO Box 4472<br>Atlanta, GA 30302 | - | | | | | | 2.14 |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **149,778.73**

B6F (Official Form 6F) (12/07) - Cont.

In re  **East West Mortgage Co.**,        Case No. __08-11058__
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fannie Mae<br>6000 Feldwood Road<br>College Park, GA 30349 | - | | | | | | 10,665.00 |
| Account No. Berrospi, Herbert<br><br>First National Bank of Arizona<br>PO Box 60095<br>Phoenix, AZ 85082 | - | | | | | | 270,000.00 |
| Account No. Guardia, Eduardo<br><br>First National Bank of Arizona<br>PO Box 60095<br>Phoenix, AZ 85082 | - | | | | | | 376,000.00 |
| Account No. Guardia, Eduardo<br><br>First National Bank of Arizona<br>PO Box 60095<br>Phoenix, AZ 85082 | - | | | | | | 94,000.00 |
| Account No. Gonzalez de Ruiz<br><br>First National Bank of Arizona<br>PO Box 60095<br>Phoenix, AZ 85082 | - | | | | | | 314,800.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,065,465.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **East West Mortgage Co.**, Debtor

Case No. **08-11058**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ocasio, Maribel** <br><br> First National Bank of Arizona <br> PO Box 60095 <br> Phoenix, AZ 85082 | | - | | | | | 432,000.00 |
| Account No. <br><br> Frontpoint Security <br> 1568 Spring Hill Road <br> Suite 301 <br> Mc Lean, VA 22102 | | - | | | | | 3,333.33 |
| Account No. <br><br> Green Point <br> 2730 West Tyvola Rd. <br> #300 <br> Washington, DC 20217 | | - | | | | | 370,000.00 |
| Account No. <br><br> Henry Lee & Mirjana Kremonic-L <br> c/o Robert L. Wiggins, Jr. <br> 26555 Evergreen, Ste. 1315 <br> Southfield, MI 48076 | | - | | | | | Unknown |
| Account No. <br><br> Indymac Bank <br> 3465 E. Foothill Blvd. <br> Pasadena, CA 91107-6024 | | - | | | | | 10,000.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **815,333.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **East West Mortgage Co.**,   Case No. __08-11058__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Indymac Bank <br> 3465 E. Foothill Blvd. <br> Pasadena, CA 91107-6024 | | - | | | | | 696,220.00 |
| Account No. <br><br> Jim Welch <br> 125 Steward St. <br> Lafayette, LA 70501 | | - | | | | | 450.00 |
| Account No. <br><br> Just Mortgage <br> 708 Corporate Center Dr. <br> Pomona, CA 91768 | | - | | | | | Unknown |
| Account No. 51145699 <br><br> Just Mortgage, Inc. <br> 708 Corporate Center Dr., <br> Pomona, CA 91768 | | - | | | | | 324,800.00 |
| Account No. 51139693 <br><br> Just Mortgage, Inc. <br> 708 Corporate Center Dr. <br> Pomona, CA 91768 | | - | | | | | Unknown |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,021,470.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **East West Mortgage Co.**  , Case No. **08-11058**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Just Mortgage, Inc.<br>708 Corporate Center Dr.<br>Pomona, CA 91768 | | - | | | | | Unknown |
| Account No.<br><br>Kitch Drutchas Wagner<br>One Woodward Ave.<br>Suite 2400<br>Detroit, MI 48226-5485 | | - | | | | | 1,355.72 |
| Account No.<br><br>Landsafe<br>PO Box 650530<br>Dallas, TX 75265-9407 | | - | | | | | 72.00 |
| Account No.<br><br>Leafty Appraisals<br>7517 Hawkins Creamery Rd.<br>Gaithersburg, MD 20882-3209 | | - | | | | | 3,650.00 |
| Account No.<br><br>Metro Appraisals, Inc.<br>100 College Ave, SE<br>Gainesville, GA 30501 | | - | | | | | 300.00 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **5,377.72**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **East West Mortgage Co.**,　　　　　　　　　　　　　　　　　　　Case No. __08-11058__
　　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mississippi Dept. of Empl. Sec<br>PO Box 22781<br>Jackson, MS 39225-2781 | - | | | | | | 9.78 |
| Account No.<br><br>Mississippi State Tax Commissi<br>PO Box 23338<br>Jackson, MS 39225-3338 | - | | | | | | Unknown |
| Account No.<br><br>Oxley & Goldburn Insurance<br>204 Monroe St.<br>Suite 210<br>Rockville, MD 20850 | - | | | | | | 500.00 |
| Account No.<br><br>Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285 | - | | | | | | 8,186.21 |
| Account No.<br><br>Pitney Bowes Purchase<br>Po Box 856042<br>Louisville, KY 40285-6042 | - | | | | | | 3,000.00 |
| Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 11,695.99 |

B6F (Official Form 6F) (12/07) - Cont.

In re  East West Mortgage Co.                                                    Case No.  08-11058
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Recovery Point Systems<br>75 West Watkins Mill Rd.<br>Gaithersburg, MD 20878 | - | | | | | | 994.00 |
| Account No.<br><br>RMS<br>305 Fellowship Rd.<br>Ste. 100<br>Mount Laurel, NJ 08054 | - | | | | | | 13,000.00 |
| Account No.<br><br>Saren Thach<br>3621 Old Post Road<br>Fairfax, VA 22030 | - | | | | | | 4,836.45 |
| Account No.<br><br>State of New Jersey<br>NJ Banking & Insurance Dept.<br>20 West State St.<br>Trenton, NJ 08625 | - | | | | | | 30,000.00 |
| Account No.<br><br>UBM<br>9218 Gaither Rd.<br>Gaithersburg, MD 20877 | - | | | | | | 123.19 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    48,953.64

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **East West Mortgage Co.**,
Debtor

Case No. **08-11058**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 11639202<br><br>WMC<br>c/o Network Mortgage Recovery<br>7445 Topango Canyon Blvd, #201<br>Canoga Park, CA 91303 | | - | | | | | 109,927.00 |
| Account No.<br><br>Worldwide Trading Ent<br>1568 Spring Hill Road<br>Suite 401<br>Mc Lean, VA 22102 | | - | | | | | 6,250.00 |
| Account No.<br><br>Xtria<br>8521 Leesburg Pike<br>Vienna, VA 22182 | | - | | | | | 17,116.46 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 133,293.46

Total (Report on Summary of Schedules) — 18,276,465.45