UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **EAST WEST MORTGAGE COMPANY** | ) | Case No. 08-11058-SSM |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO APPROVE SETTLEMENT PER FRBP 9019

COMES NOW Plaintiff Richard A. Bartl, Trustee, and moves pursuant to F.R.Bankr.P. 9019, to approve a settlement and compromise between the Trustee and Mr. Doug Bui in the amount of seventy thousand dollars ($70,000.00) and in support thereof states the following:

1.  Within one year prior to the filing of the petition, East West Mortgage Company (the "Debtor) transferred to its president, Mr. Doug Bui, funds in the total amount of five hundred thousand dollars ($500,000.00).  Subsequently, Mr. Doug Bui transferred four hundred and ten thousand and twenty-four dollars and thirty-four cents ($410,024.34) back to the Debtor.  As a result, the Trustee asserted a claim against Mr. Doug Bui for a preferential payment in the amount of eighty-nine thousand and nine hundred and seventy-five dollars and sixty-six cents ($89,975.66).

2. The Trustee and Mr. Doug Bui have agreed, subject to Court approval, to settle the matter for seventy thousand dollars ($70,000.00), which represents approximately seventy-five percent (75%) of the preferential transfer.

3.  Mr. Doug Bui has deposited seventy thousand dollars ($70,000.00) with the Trustee pending approval of this settlement.

4.  Given the costs and delays of litigation and collection, the Trustee believes

that this settlement is in the best interest of all parties, including unsecured creditors.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order approving the settlement reached between the Trustee and Mr. Doug Bui, and granting such further and other relief as this Court deems necessary and proper.

                                        Respectfully submitted,

                                        RICHARD A. BARTL, TRUSTEE
                                        BY COUNSEL

/s/ Gregory H. Counts
Gregory H. Counts (VAB #46771)
TYLER BARTL GORMAN & RAMSDELL
700 S. Washington Street, Suite 216
Alexandria, VA 22314
(703) 549-7178

## Certificate of Service

I hereby certify that on this 24th day of June, 2008, the foregoing Motion was sent electronically or mailed first class postage prepaid to all creditors and parties in interest below and on the attached mailing list:

Linda D. Regenhardt, Esq.
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

Doug Bui
1568 Spring Hill Rd. Ste 100
McLean, VA 22102-3051

                                        /s/ Gregory H. Counts
                                        Gregory H. Counts

| | | |
|---|---|---|
| 1st Mariner Bank<br>c/o Price O. Gielen, Esq.<br>One South St., 27th Floor<br>Baltimore, MD 21202-3298 | AllRegs<br>2975 Lone Oak Dr.<br>Ste. 140<br>Eagan, MN 55121-1784 | AmTrust Bank<br>PO Box 93805<br>Cleveland, OH 44101-5805 |
| Attn: Michele M. Harlow<br>City of Alexandria, VA<br>Revenue Division<br>PO Box 178<br>Alexandria, VA 22313-1500 | Bank of America<br>305 W. Big Beaver<br>Suite 400<br>Troy, MI 48084-5223 | Billing Solutions, Inc.<br>PO Box 1136<br>Glenview, IL 60025-8136 |
| Brandywine Realty Trust<br>PO Box 75592<br>Baltimore, MD 21275-5592 | BWC State Insurance Fund<br>Corporate Processing Dept.<br>Columbus, OH 43271-0001 | Chevy Chase Bank<br>PO Box 1296<br>Laurel, MD 20725-1296 |
| City of Alexandria<br>Attn: Michele M. Harlow<br>Revenue Division<br>PO Box 178<br>Alexandria, VA 22313-1500 | Coface Collections North America, Inc.<br>PO Box 8510<br>Metairie, LA 70011-8510 | Comptroller of MD<br>Revenue Adm. Division<br>Annapolis, MD 21411-0001 |
| Councilor, Buchanan & Mitchel<br>7910 Woodmont Ave.<br>Suite 500<br>Bethesda, MD 20814-3048 | County of Fairfax<br>Business Property Tax<br>Dept. of Tax Admin.<br>PO Box 10202<br>Fairfax, VA 22035-0202 | CSC<br>1013 Lucerne Avenue,<br>Suite 201,<br>Lake Worth, FL 33460-3746 |
| CSC<br>2711 Centreville Rd.<br>Wilmington, DE 19808-1660 | CSC Delaware<br>2711 Centreville Rd.,<br>Suite 400,<br>Wilmington, DE 19808-1645 | Doug Bui<br>1180 Old Tolson Mill Road<br>Mc Lean, VA 22102-1125 |
| East West Mortgage Co.<br>1604 Spring Hill Road<br>Vienna, VA 22182-7510 | Emigrant Mortgage Company<br>7 Westchester Plaza<br>Elmsford, NY 10523-1614 | Equifax<br>PO Box 4472<br>Atlanta, GA 30302-4472 |
| Fannie Mae<br>6000 Feldwood Road<br>College Park, GA 30349-3652 | Fedex Customer Information Svcs<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Flr.<br>Memphis, TN 38116-5017 | First National Bank of Arizona<br>PO Box 60095<br>Phoenix, AZ 85082-0095 |
| Frontpoint Security<br>1568 Spring Hill Road<br>Suite 301<br>Mc Lean, VA 22102-3010 | Green Point<br>2730 West Tyvola Rd.<br>#300<br>Washington, DC 20217-0001 | Henry Lee & Mirjana Kremonic-L<br>c/o Robert L. Wiggins, Jr.<br>26555 Evergreen, Ste. 1315<br>Southfield, MI 48076-4246 |
| Indymac Bank<br>3465 E. Foothill Blvd.<br>Pasadena, CA 91107-6024 | Jim Welch<br>125 Steward St.<br>Lafayette, LA 70501-8053 | Just Mortgage<br>708 Corporate Center Dr.<br>Pomona, CA 91768-2650 |

| | | |
|---|---|---|
| Kitch Drutchas Wagner<br>One Woodward Ave.<br>Suite 2400<br>Detroit, MI 48226-3499 | Landsafe<br>PO Box 650530<br>Dallas, TX 75265-0530 | Leafty Appraisals<br>7517 Hawkins Creamery Rd.<br>Gaithersburg, MD 20882-3209 |
| Linda Dianne Regenhardt<br>Gary & Regenhardt PLLC<br>8500 Leesburg Pike, Suite 7000<br>Vienna, VA 22182-2498 | Metro Appraisals, Inc.<br>100 College Ave., SE<br>Gainesville, GA 30501-4510 | Mississippi Dept. of Empl. Security<br>PO Box 22781<br>Jackson, MS 39225-2781 |
| Mississippi State Tax Commissi<br>PO Box 23338<br>Jackson, MS 39225-3338 | OFFICE OF THE UNITED STATES TRUSTEE<br>115 South Union Street, P210<br>Alexandria, VA 22314 | Oxley & Goldburn Insurance<br>204 Monroe St.<br>Suite 210<br>Rockville, MD 20850-4425 |
| Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | Pitney Bowes Purchase<br>Po Box 856042<br>Louisville, KY 40285-6042 | Recovery Point Systems<br>75 West Watkins Mill Rd.<br>Gaithersburg, MD 20878-4021 |
| RMS<br>305 Fellowship Rd.<br>Suite 100<br>Mount Laurel, NJ 08054-1232 | Saren Thach<br>3621 Old Post Road<br>Fairfax, VA 22030-1861 | State of New Jersey<br>Attn: Adrian Ellison<br>NJ Banking & Insurance Dept.<br>20 West State St.<br>Trenton, NJ 08608-1206 |
| UBM<br>9218 Gaither Rd.<br>Gaithersburg, MD 20877-1420 | WMC<br>c/o Network Mortgage Recovery<br>7445 Topango Canyon Blvd, #201<br>Canoga Park, CA 91303-3364 | Worldwide Trading Ent<br>1568 Spring Hill Road<br>Suite 401<br>Mc Lean, VA 22102-3024 |
| Xtria<br>8521 Leesburg Pike<br>Vienna, VA 22182-2427 | | |