UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

EAST WEST MORTGAGE CO.   Case No. 08-11058-SSM
Chapter 7

Debtor(s)

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $3,249.11 representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to

| Creditor's Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| **Emigrant Mortgage Co. Inc.**<br>**5 East 42nd St. Legal Dept.**<br>**NY, NY  1001** | 5 | $ 5.67 |
| **First National Bank of Nevada**<br>**17600 N. Perimeter Dr**<br>**Mail Stop AZ 2002-051**<br>**Scottsdale, AZ  85255** | 16 | $3,243.44 |

Dated:  01/28/2010          /s/  RICHARD A. BARTL
                            RICHARD A. BARTL, Chapter 7 Trustee
                            TYLER BARTL RAMSDELL & COUNTS, PLC
                            700 S. Washington Street, Suite 216
                            Alexandria, Virginia 22314
                            (703) 549-5000