**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
                    DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EAST WEST MORTGAGE CO. | § | Case No. 08-11058 SSM |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD A. BARTL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/RICHARD A. BARTL_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRANDYWINE ACQUISITION PARTNERS, LP |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF ARIZONA | | | | | |
| WACHOVIA DEALER SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD A. BARTL, TRUSTEE | | | | | |
| RICHARD A. BARTL, TRUSTEE | | | | | |
| MRSC INSURANCE PARTNERS, LLC | | | | | |
| BRANDYWINE ACQUISITION PARTNERS LP | | | | | |
| CLERK, U S BANKRUPTCY COURT | | | | | |
| TYLER BARTL COUNTS & RAMSDELL | | | | | |
| TYLER BARTL COUNTS & RAMSDELL | | | | | |
| ARTHUR LANDER, CPA, | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITY OF ALEXANDRIA | | | | | |
| FAIRFAX COUNTY, VA | | | | | |
| MISSISSIPPI STATE TAX COMMISSION | | | | | |
| OHIO BUREAU OF WORKERS COMPENSATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1st Mariner Bank c/o Price O. Gielen, Esq. One South St., 27th Floor Baltimore, MD 21202 | | | | | |
| 1st Mariner Bank c/o Price O. Gielen, Esq. One South St., 27th Floor Baltimore, MD 21202 | | | | | |
| AmTrust Bank PO Box 93805 Cleveland, OH 44101-5805 | | | | | |
| Bank of America 305 W. Big Beaver Suite 400 Troy, MI 48084 | | | | | |
| Billing Solutions, Inc. PO Box 1136 Glenview, IL 60025 | | | | | |
| Brandywine Realty Trust PO Box 75592 Baltimore, MD 21275-5592 | | | | | |
| Councilor, Buchanan & Mitchel 7910 Woodmont Ave. Suite 500 Bethesda, MD 20814 | | | | | |
| Doug Bui 1180 Old Tolson Mill Road Mc Lean, VA 22102 | | | | | |
| Emigrant Mortgage Company 7 Westchester Plaza Elmsford, NY 10523 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fannie Mae 6000 Feldwood Road College Park, GA 30349 | | | | | |
| First National Bank of Arizona PO Box 60095 Phoenix, AZ 85082 | | | | | |
| First National Bank of Arizona PO Box 60095 Phoenix, AZ 85082 | | | | | |
| First National Bank of Arizona PO Box 60095 Phoenix, AZ 85082 | | | | | |
| First National Bank of Arizona PO Box 60095 Phoenix, AZ 85082 | | | | | |
| First National Bank of Arizona PO Box 60095 Phoenix, AZ 85082 | | | | | |
| Frontpoint Security 1568 Spring Hill Road Suite 301 Mc Lean, VA 22102 | | | | | |
| Green Point 2730 West Tyvola Rd. #300 Washington, DC 20217 | | | | | |
| Henry Lee & Mirjana Kremonic-L c/o Robert L. Wiggins, Jr. 26555 Evergreen, Ste. 1315 Southfield, MI 48076 | | | | | |
| Indymac Bank 3465 E. Foothill Blvd. Pasadena, CA 91107-6024 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Indymac Bank 3465 E. Foothill Blvd. Pasadena, CA 91107-6024 | | | | | |
| Just Mortgage 708 Corporate Center Dr. Pomona, CA 91768 | | | | | |
| Just Mortgage, Inc. 708 Corporate Center Dr. Pomona, CA 91768 | | | | | |
| Just Mortgage, Inc. 708 Corporate Center Dr. Pomona, CA 91768 | | | | | |
| Just Mortgage, Inc. 708 Corporate Center Dr., Pomona, CA 91768 | | | | | |
| Kitch Drutchas Wagner One Woodward Ave. Suite 2400 Detroit, MI 48226-5485 | | | | | |
| Leafty Appraisals 7517 Hawkins Creamery Rd. Gaithersburg, MD 20882-3209 | | | | | |
| Mississippi State Tax Commissi PO Box 23338 Jackson, MS 39225-3338 | | | | | |
| Oxley & Goldburn Insurance 204 Monroe St. Suite 210 Rockville, MD 20850 | | | | | |
| Pitney Bowes Purchase Po Box 856042 Louisville, KY 40285-6042 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Saren Thach 3621 Old Post Road Fairfax, VA 22030 | | | | | |
| WMC c/o Network Mortgage Recovery 7445 Topango Canyon Blvd, #201 Canoga Park, CA 91303 | | | | | |
| Worldwide Trading Ent 1568 Spring Hill Road Suite 401 Mc Lean, VA 22102 | | | | | |
| Xtria 8521 Leesburg Pike Vienna, VA 22182 | | | | | |
| 1ST MARINER BANK | | | | | |
| BRANDYWINE ACQUISITION PARTNERS, LP | | | | | |
| CIT TECHNOLOGY FINANCE SER. INC. | | | | | |
| CLERK, U S BANKRUPTCY COURT | | | | | |
| CNA INSURANCE COMPANIES (2) | | | | | |
| EMIGRANT MORTAGE COMPANY, INC. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FEDEX CUSTOMER INFORMATION SVCS | | | | | |
| FIRST NATIONAL BANK OF NEVADA | | | | | |
| INDYMAC FEDERAL BANK FSB, SUCCESSOR | | | | | |
| JOANNE MITCHELL | | | | | |
| JOANNE MITCHELL | | | | | |
| LEAFTY APPRAISALS | | | | | |
| MISSISSIPPI DEPT. OF EMPLOYMENT SEC | | | | | |
| MISSISSIPPI STATE TAX COMMISSION | | | | | |
| RECOVERY POINT SYSTEMS | | | | | |
| XTRIA | | | | | |
| EQUIFAX INFORMATION SERVICES | | | | | |
| HARTFORD FIRE INSURANCE CO. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-11058 SSM  Judge: STEPHEN S. MITCHELL | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|
| Case Name: | EAST WEST MORTGAGE CO. | Date Filed (f) or Converted (c): | 03/04/08 (f) |
| | | 341(a) Meeting Date: | 04/10/08 |
| For Period Ending: | 02/28/10 | Claims Bar Date: | 07/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 13,915.53 | 0.00 | DA | 11,654.39 | FA |
| 2. SECURITY DEPOSITS PAID | 75,888.25 | 0.00 | DA | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 19,729.81 | 0.00 | DA | 0.00 | FA |
| 4. ADVANCES TO EMPLOYEES | 71,157.22 | 0.00 | DA | 0.00 | FA |
| 5. MISC. FURNISHINGS IN SILVER SPRING AND NEW JERSEY. | 0.00 | Unknown | DA | 0.00 | FA |
| 6. DOUG BUI PREFERENCE (u) | 89,975.66 | 89,975.66 | | 70,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 89.69 | Unknown |
| 8. Chase Bankcard Services preference (u) | 42,334.56 | 42,334.56 | | 24,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $313,001.03 | $132,310.22 | | $105,744.08 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/09    Current Projected Date of Final Report (TFR): 08/31/09

LFORM1                                                                                                         Ver: 15.06b
**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-11058 -SSM | Trustee Name: | RICHARD A. BARTL |
| Case Name: | EAST WEST MORTGAGE CO. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7577 TIP Account |
| Taxpayer ID No: | *******5339 | | |
| For Period Ending: | 03/31/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/08 | 6 | DOUG BUI | SETLEMENT OF PREFERENCE | 1241-000 | 70,000.00 | | 70,000.00 |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.72 | | 70,001.72 |
| 07/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 8.89 | | 70,010.61 |
| 08/29/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 8.89 | | 70,019.50 |
| 09/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 10.91 | | 70,030.41 |
| 10/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 12.72 | | 70,043.13 |
| 11/28/08 | 7 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 11.48 | | 70,054.61 |
| 12/02/08 | 8 | CHASE BANK NA | PREFERENCE SETTLEMENT | 1241-000 | 24,000.00 | | 94,054.61 |
| 12/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 8.54 | | 94,063.15 |
| 01/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.60 | | 94,064.75 |
| 02/27/09 | 7 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.44 | | 94,066.19 |
| 03/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.60 | | 94,067.79 |
| 04/15/09 | 000101 | MRSC Insurance Partners, LLC<br>31500 Bainbridge  Road, Suite 5<br>Solon, OH  44139 | trustee bond premium<br>#739766 | 2300-000 | | 90.19 | 93,977.60 |
| 04/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.87 | | 93,981.47 |
| 05/29/09 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.98 | | 93,985.45 |
| 06/30/09 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.87 | | 93,989.32 |
| 07/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.99 | | 93,993.31 |
| 08/31/09 | 7 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.99 | | 93,997.30 |
| 09/14/09 | 1 | BANK OF AMERICA | BALANCE OF BANK ACCOUNT | 1129-000 | 220.96 | | 94,218.26 |
| 09/14/09 | 1 | BANK OF AMERICA | BALANCE OF BANK ACCOUNT | 1129-000 | 11,433.43 | | 105,651.69 |
| 09/18/09 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.20 | | 105,653.89 |
| 09/18/09 | | Transfer to Acct #*******5028 | Final Posting Transfer | 9999-000 | | 105,653.89 | 0.00 |

Page Subtotals        105,744.08        105,744.08

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 12)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 08-11058 -SSM | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|
| Case Name: | EAST WEST MORTGAGE CO. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7577 TIP Account |
| Taxpayer ID No: | *******5339 | | |
| For Period Ending: | 03/31/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 105,744.08 | 105,744.08 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 105,653.89 | |
| | | | Subtotal | | 105,744.08 | 90.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 105,744.08 | 90.19 | |

Page Subtotals    0.00    0.00

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 08-11058 -SSM | | Trustee Name: | RICHARD A. BARTL |
| Case Name: | EAST WEST MORTGAGE CO. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5028  Checking - Non Interest |
| Taxpayer ID No: | *******5339 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/09 | | Transfer from Acct #*******7577 | Transfer In From MMA Account | 9999-000 | 105,653.89 | | 105,653.89 |
| 09/18/09 | 001001 | RICHARD A. BARTL, TRUSTEE<br>TYLER BARTL RAMSDELL & COUNTS<br>700 S. WASHINGTON S, #216<br>ALEXANDRIA, VA 22314 | Chapter 7 Compensation/Fees | 2100-000 | | 7,953.98 | 97,699.91 |
| 09/18/09 | 001002 | RICHARD A. BARTL, TRUSTEE<br>TYLER BARTL RAMSDELL & COUNTS<br>700 S. WASHINGTON S, #216<br>ALEXANDRIA, VA 22314 | Chapter 7 Expenses | 2200-000 | | 67.68 | 97,632.23 |
| 09/18/09 | 001003 | ARTHUR LANDER, CPA<br>3130 North 10th Street<br>Arlington, VA 22201 | ACCOUNTANT FEES | 3410-000 | | 3,915.00 | 93,717.23 |
| 09/18/09 | 001004 | CLERK, U S BANKRUPTCY COURT<br>200 S. WASHINGTON STREET<br>ALEXANDRIA VA 22314 | 2 DEFERRED FILING FEE<br>ADV PROC. NO. 08-01294<br>ADV PROC NO. 08-01327 | 2700-000 | | 500.00 | 93,217.23 |
| 09/18/09 | 001005 | TYLER BARTL COUNTS & RAMSDELL<br>700 S. WASHINGTON STREET, #216<br>ALEXCANDRIA, VA 22314 | TRUSTEE ATTORNEY EXPENSES | 3120-000 | | 117.41 | 93,099.82 |
| 09/18/09 | 001006 | TYLER BARTL COUNTS & RAMSDELL<br>700 S. WASHINGTON STREET, #216<br>ALEXCANDRIA, VA 22314 | TRUSTEE ATTORNEY FEES | 3110-000 | | 5,568.00 | 87,531.82 |
| 09/18/09 | 001007 | BRANDYWINE ACQUISITION PARTNERS LP<br>C/O JONATHAN A. HOUSE, ESQ.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 NEW HAMPSHIRE AVE, NW<br>WASHINGTON, DC 20036 | Administrative Rent (post-petition | 2410-000 | | 21,767.00 | 65,764.82 |
| 09/18/09 | 001008 | City of Alexandria<br>Attn: Michele M. Harlow<br>Revenue Division | Claim 000002, Payment 100.00000%<br>xxx0001 | 5800-000 | | 3,692.79 | 62,072.03 |
| | | | Page Subtotals | | 105,653.89 | 43,581.86 | |

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 14)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-11058 -SSM | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|
| Case Name: | EAST WEST MORTGAGE CO. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******5028  Checking - Non Interest |
| Taxpayer ID No: | *******5339 |  |  |
| For Period Ending: | 03/31/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/18/09 | 001009 | PO Box 178<br>Alexandria, VA 22313<br>Ohio Bureau of Workers Compensation<br>Legal Operations Bkpty Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Claim 000010, Payment 100.00000%<br>xxx6868 | 5800-000 |  | 16.76 | 62,055.27 |
| 09/18/09 | 001010 | Fairfax County, VA<br>Office of the County Attorney<br>12000 Government Center Pkwy.<br>Suite 549<br>Fairfax, Virginia 22035 | Claim 000012, Payment 100.00000%<br>6317 | 5800-000 |  | 29,267.10 | 32,788.17 |
| 09/18/09 | 001011 | Mississippi State Tax Commission<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson, MS 39225-2808 | Claim 000019B, Payment 100.00000% | 5800-000 |  | 198.00 | 32,590.17 |
| 09/18/09 | 001012 | CIT Technology Finance Ser. Inc.<br>Bank Pross Sol Inc.<br>800 E. Sonterra Blvd., Ste 240<br>San Antonio, TX 78258 | Claim 000004, Payment 0.53662%<br>xxx-xxx8522 | 7100-000 |  | 57.27 | 32,532.90 |
| * 09/18/09 | 001013 | Emigrant Mortage Company, Inc.<br>5 East 42nd St. Legal Dept.<br>NY, NY 10017 | Claim 000005, Payment 0.53680%<br>021362 | 7100-000 |  | 5.67 | 32,527.23 |
| 09/18/09 | 001014 | Leafty Appraisals<br>7517 Hawkins Creamery Rd.<br>Gaithersburg, MD 20882-3209 | Claim 000007, Payment 0.53661% | 7100-000 |  | 15.83 | 32,511.40 |
| 09/18/09 | 001015 | Recovery Point Systems<br>75 West Watkins Mill Rd.<br>Gaithersburg, MD 20878 | Claim 000008, Payment 0.53622%<br>AN10016 | 7100-000 |  | 5.33 | 32,506.07 |
| 09/18/09 | 001016 | Xtria<br>8521 Leesburg Pike | Claim 000011, Payment 0.53662% | 7100-000 |  | 91.85 | 32,414.22 |

Page Subtotals         0.00         29,657.81

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-11058 -SSM | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|
| Case Name: | EAST WEST MORTGAGE CO. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5028  Checking - Non Interest |
| Taxpayer ID No: | *******5339 | | |
| For Period Ending: | 03/31/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/18/09 | 001017 | Vienna, VA 22182-0000<br>IndyMac Federal Bank FSB, Successor to IndyMac Bank, FSB<br>c/o Scott A. Stengel, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington, DC 20005-1706 | Claim 000015, Payment 0.53663% | 7100-000 | | 28,959.04 | 3,455.18 |
| * 09/18/09 | 001018 | First National Bank of Nevada<br>17600 N. Perimeter Dr<br>Mail Stop AZ 2002-051<br>Scottsdle, AZ 85255 | Claim 000016, Payment 0.53663%<br>2220 | 7100-000 | | 3,243.44 | 211.74 |
| 09/18/09 | 001019 | Mississippi Dept. of Employment Security<br>POB 1699<br>Jackson, Mississippi 39213-1699 | Claim 000017, Payment 0.53636%<br>xx-29070- | 7100-000 | | 6.49 | 205.25 |
| 09/18/09 | 001020 | CNA insurance Companies (2)<br>Wilderman Harrold Allen & Dixon LLP<br>c/o Jonathan W Young, Jeffrey Chang<br>225 West Wacker Drive<br>Chicago, IL 60606 | Claim 000018, Payment 0.53664% | 7100-000 | | 146.82 | 58.43 |
| 09/18/09 | 001021 | Joanne Mitchell<br>Roger Bertling<br>Legal Services Center<br>122 Boylston St.<br>Jamaica Plain, MA 02130 | Claim 000023, Payment 0.53661% | 7100-000 | | 51.93 | 6.50 |
| 09/18/09 | 001022 | Clerk,  U. S. Bnkruptcy Court<br>for the Eastern District of VA<br>200 S. Washington Street<br>Alexandria VA  22314 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM #     CLAIM #         DIVIDEND<br>---------     -------------     ---------------- | 7100-000 | | 6.50 | 0.00 |

Page Subtotals          0.00          32,414.22

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 16)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-11058 -SSM | Trustee Name: | RICHARD A. BARTL |
|---|---|---|---|
| Case Name: | EAST WEST MORTGAGE CO. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5028  Checking - Non Interest |
| Taxpayer ID No: | *******5339 | | |
| For Period Ending: | 03/31/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 3 | 000001 | 1.78 | | | | |
| | | | 11 | 000009A | 4.67 | | | | |
| | | | 22 | 000019A | 0.05 | | | | |
| * 11/09/09 | 001018 | First National Bank of Nevada<br>17600 N. Perimeter Dr<br>Mail Stop AZ 2002-051<br>Scottsdle, AZ 85255 | void; returned undeliverable | | | 7100-000 | | -3,243.44 | 3,243.44 |
| * 01/26/10 | 001013 | Emigrant Mortage Company, Inc.<br>5 East 42nd St. Legal Dept.<br>NY, NY 10017 | void unclaimed dividend<br>STOP PAY ADD SUCCESSFUL | | | 7100-000 | | -5.67 | 3,249.11 |
| 01/27/10 | 001023 | CLERK, U S BANKRUPTCY COURT<br>200 S. WASHINGTON STREET<br>ALEXANDRIA VA  22314 | unclaimed dividends | | | 7100-000 | | 3,249.11 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 105,653.89 | 105,653.89 | 0.00 |
| Less:  Bank Transfers/CD's | 105,653.89 | 0.00 | |
| Subtotal | 0.00 | 105,653.89 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 105,653.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| TIP Account - ********7577 | 105,744.08 | 90.19 | 0.00 |
| Checking - Non Interest - ********5028 | 0.00 | 105,653.89 | 0.00 |
| | 105,744.08 | 105,744.08 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 17)

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-11058 -SSM | | Trustee Name: | RICHARD A. BARTL |
| Case Name: | EAST WEST MORTGAGE CO. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5028  Checking - Non Interest |
| Taxpayer ID No: | *******5339 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 18)*